Same case below, 624 F.3d 670.

**No. 10-1232. Analytical Diagnostic Labs, Inc., Petitioner v. Betty Kusel, et al.**

563 U.S. 1033, 131 S. Ct. 2970, 180 L. Ed. 2d 247, 2011 U.S. LEXIS 4320.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 626 F.3d 135.

**No. 10-1241. Darrin Black, et al., Petitioners v. Metro, Oregon.**

563 U.S. 1033, 131 S. Ct. 2970, 180 L. Ed. 2d 247, 2011 U.S. LEXIS 4287.

June 6, 2011. Petition for writ of certiorari to the Court of Appeals of Oregon denied.

Same case below, 229 Or. App. 210, 211 P.3d 302.

**No. 10-1252. Syed Talha Bokhari, Petitioner v. Eric H. Holder, Jr., Attorney General.**

563 U.S. 1033, 131 S. Ct. 2970, 180 L. Ed. 2d 247, 2011 U.S. LEXIS 4309.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 622 F.3d 357.

**No. 10-1278. Edward H. Flint, Petitioner v. Donald E. Armstrong, Jr., Judge, District Court of Kentucky, Jefferson County.**

563 U.S. 1033, 131 S. Ct. 2971, 180 L. Ed. 2d 247, 2011 U.S. LEXIS 4323.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-1291. Kenneth Cuadra, Petitioner v. Houston Independent School District, et al.**

563 U.S. 1033, 131 S. Ct. 2972, 180 L. Ed. 2d 247, 2011 U.S. LEXIS 4277.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 626 F.3d 808.

**No. 10-1300. Peek-A-Boo Lounge of Bradenton, Inc., dba Peek-A-Boo Lounge, Petitioner v. Manatee County, Florida.**

563 U.S. 1033, 131 S. Ct. 2973, 180 L. Ed. 2d 247, 2011 U.S. LEXIS 4186.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 630 F.3d 1346.

**No. 10-1307. Abdollah Zekri, et al., Petitioners v. Macy's Retail Holdings, Inc.**

563 U.S. 1033, 131 S. Ct. 2972, 180 L. Ed. 2d 247, 2011 U.S. LEXIS 4210.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.